UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BARRY REITER,

                Plaintiff,

                                   **ORDER**
       -against-                      14-cv-3712 (ADS)(GRB)

MAXI-AIDS, INC. and ELLIOT ZARETSKY,
in his individual and professional capacities,

                Defendants.
----------------------------------------------------------X

**APPEARANCES:**

**Wigdor LLP**
*Attorneys for the Plaintiff*
85 Fifth Avenue
New York, NY 10003
    By:  Tanvi H. Rahman, Esq.
          Brian Bodansky, Esq.
          Lawrence M. Pearson, Esq., Of Counsel

**Forchelli Curto Deegan Schwartz Mineo & Terranna, LLP**
*Attorneys for the Defendants*
333 Earle Ovington Blvd, Suite 1010
Uniondale, NY 11553
    By:  Keith J. Frank, Esq., Of Counsel

**SPATT, District Judge**.

      I hereby recuse myself from the above-captioned case.

**SO ORDERED.**
Dated: Central Islip, New York
February 6, 2015

                                                   _/s/ Arthur D. Spatt_
                                                  ARTHUR D. SPATT
                                         United States District Judge