UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BARRY REITER,

                           Plaintiff,

v.

MAXI-AIDS, INC. and ELLIOT ZARETSKY,
in his individual and professional capacities,

                           Defendants.

-----------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  APR 11 2019  ★

LONG ISLAND OFFICE

No. 14 Civ. 3712 (SJF)(GRB)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT,** upon the accompanying Memorandum of Law in Support of the Unopposed Motion for Substitution, and all supporting papers herein, the undersigned firm, Wigdor LLP, moves this Court, before the Honorable Sandra J. Feuerstein, United States District Court, Eastern District of New York, for an Order pursuant to Federal Rule of Civil Procedure 25(a)(1) granting Plaintiff's Unopposed Motion for Substitution of Hildee Reiter as Plaintiff and reinstatement of all outstanding motions in this matter.

Dated: March 26, 2019
       New York, New York

Respectfully submitted,

WIGDOR LLP

By: _____
    Lawrence M. Pearson
    Tanvir H. Rahman

85 Fifth Avenue
New York, NY  10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
lpearson@wigdorlaw.com
trahman@wigdorlaw.com

*Counsel for Plaintiff and Proposed Substitute Plaintiff Hildee Reiter*

---

[Handwritten order:]

Motion granted. The Clerk of the Court is directed to substitute Hildee Reiter as plaintiff and to reinstate motions [125] + [131].

So Ordered

*/s/ Sandra J. Feuerstein*
Sandra J. Feuerstein, U.S.D.J.
4/11/2019